**SEALED**

BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2724

**FILED**
JAN 16 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BILLY JAMES HAMMETT, ) <br> PERRY SYLVESTER JACKSON, and ) <br> ANTHONY MERRELL TYLER, ) <br> ) <br> Defendants. ) <br> _____ ) | CR. NO. 2:13-CR-0011 JAM  <br><br> ORDER TO SEAL <br> (UNDER SEAL) |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney R. Steven Lapham to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendants or until further order of the Court.

DATED: 1/16/13

_Dale A. Drozd_
DALE A. DROZD
United States Magistrate Judge

3