HEATHER E. WILLIAMS, Bar# 122664
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
BILLY JAMES HAMMETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:13-cr-0011 JAM | |
| ) | | |
| Plaintiff, ) | **STIPULATION AND ORDER TO CONTINUE** | |
| ) | **STATUS CONFERENCE AND EXCLUDE** | |
| v. ) | **TIME** | |
| ) | | |
| BILLY JAMES HAMMETT, PERRY ) | | |
| SYLVESTER JACKSON, and ) | DATE:   August 13, 2013 | |
| ANTHONY MERRELL TYLER, ) | TIME:   9:45 a.m. | |
| ) | JUDGE:  Hon. John A. Mendez | |
| Defendants. ) | | |
| _____ ) | | |

   Plaintiff United States of America, by and through its counsel of record, R. STEVEN LAPHAM and defendant, BILLY JAMES HAMMETT by and through his counsel of record, BENJAMIN GALLOWAY, Assistant Federal Defender; defendant, PERRY SYLVESTER JACKSON by and through his counsel of record, MARK REICHEL and defendant ANTHONY MERRELL TYLER, by and through his counsel, DAVID VASQUEZ hereby stipulate as follows:

   1.  By previous order, this matter was set for status on June 18, 2013.

   2.  By this stipulation, defendant now moves to continue the status conference until August 13, 2013 at 9:45 a.m. and to exclude time

1

between June 18, 2013 and August 13, 2013 under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. Discovery consists of approximately 22,093 pages, extensive audio and video recordings, photographs, and other materials. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b. Counsel for defendants desire additional time to consult with their clients, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with their clients, and to otherwise prepare for trial.

c. Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 18, 2013 to August 13, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A),

```
 1          B(iv) [Local Code T4] because it results from a continuance
 2          granted by the Court at defendants' request on the basis of the
 3          Court's finding that the ends of justice served by taking such
 4          action outweigh the best interest of the public and the
 5          defendant in a speedy trial.
 6     4.   Nothing in this stipulation and order shall preclude a finding
 7  that other provisions of the Speedy Trial Act dictate that additional
 8  time periods are excludable from the period
 9  within which a trial must commence.
10  IT IS SO STIPULATED.
11  DATED: June 13, 2013          BENJAMIN B. WAGNER
                                  United States Attorney
12
                                  /s/ Benjamin Galloway for
13                                R. STEVEN LAPHAM
                                  Assistant United States Attorney
14                                Counsel for Plaintiff

15
    DATED: June 13, 2013          HEATHER E. WILLIAMS
16                                Federal Defender

17                                /s/ Benjamin Galloway
                                  BENJAMIN GALLOWAY
18                                Counsel for Defendant
                                  BILLY JAMES HAMMETT
19
20                                /s/ Benjamin Galloway for
                                  MARK REICHEL
21                                Attorney for Defendant
                                  PERRY SYLVESTER JACKSON
22
23                                Benjamin Galloway for
                                  DAVID VASQUEZ
24                                Attorney for Defendant
                                  ANTHONY MERRELL TYLER
25
26
27
28
                                   3
```

**O R D E R**

IT IS SO FOUND AND ORDERED this 14th day of June, 2013.

      /s/ John A. Mendez
      HON. JOHN A. MENDEZ
      United States District Court Judge