PHILLIP A. TALBERT
United States Attorney
Katherine T. Lydon
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PERRY SYLVESTER JACKSON, <br><br> Defendant. | CASE NO. 2:13-CR-00011 JAM <br><br> DESIGNATION OF COUNSEL |

  The United States of America requests that Assistant U.S. Attorney Chiraag Bains be removed as co-counsel of record in the above-referenced action, as he is no longer associated in this case. Assistant U.S. Attorney Katherine T. Lydon will remain as lead counsel.

Dated: December 13, 2017
               PHILLIP A. TALBERT
               United States Attorney

              By: /s/ KATHERINE T. LYDON
                 KATHERINE T. LYDON
                 Assistant United States Attorney