# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition For Warrant or Summons For Person Under Supervision

| | | | |
|---|---|---|---|
| **Name of Person Under Supervision:** | Billy James Hammett | **Docket Number:** | 0972<br>2:13CR00011-001 |

**Name of Judicial Officer**:   United States District Judge John A. Mendez

**Date of Original Sentence:**   3/25/2014

**Original Offense:** 18 U.S.C. § 249 - Hate Crime  **(CLASS C FELONY)**

**Original Sentence:** 87 months custody Bureau of Prisons; 36-month term supervised release; Mandatory testing, DNA collection, No firearms, $100 special assessment; $175 restitution.

**Special Conditions:**

1. Warrantless Search
2. Drug/Alcohol Treatment
3. Drug/Alcohol Testing
4. No Alcohol
5. Aftercare Co-payment
6. Gang Associations

| | |
|---|---|
| **Type of Supervision:** | Supervised Release |
| **Date Supervision Commenced:** | 8/23/2019 |

**Other Court Actions:**

**05/20/2021**:   Prob 12A - Report of Non-Compliance notifying Your Honor of new state charges.  Probation requested to monitor the local charges and file an appropriate petition once the charges were resolved.  Your Honor agreed with this plan.

RE: **Billy James Hammett**                                Docket Number: 0972 2:13CR00011-01

PETITIONING THE COURT

☒ **TO ISSUE A SUMMONS: To appear before the Magistrate Judge on Monday, September 13, 2021 at 2:00 p.m.**

The probation officer alleges the Person Under Supervision has violated the following conditions(s) of supervision:

**Charge Number**       **Nature of Violation**

**Charge 1:**     **UNLAWFUL USE OF A CONTROLLED SUBSTANCE**

On June 16, 2021, during a home contact, the defendant was given an oral fluid drug test and it returned positive for methamphetamine. Hammett admitted use and signed the admission form. This conduct is in violation of the mandatory condition which states, *"The defendant shall refrain from any unlawful use of a controlled substance."*

**Charge 2:**     **UNLAWFUL USE OF A CONTROLLED SUBSTANCE**

On August 3, 2021, the defendant submitted a positive test for the use of amphetamines. We had a conversation regarding this positive test on August 20, 2021. Hammett admitted to using periodically and stated he did not have a problem. This conduct is in violation of the mandatory condition which states, *"The defendant shall refrain from any unlawful use of a controlled substance."*

**Justification:** Hammett has been subject to supervision since August of 2019. Since that time, he has secured a personal residence and has been working sporadically to support himself. He recently found employment with a boss who is willing to work with him and wants to see him succeed. In March 2021, the defendant was cited for petty theft with his then girlfriend. The defendant stated the theft was a misunderstanding and Your Honor was notified of this conduct and agreed with my plan to see how the case is resolved in state court. The matter is still pending. He also submitted to an oral fluid drug test which was positive for amphetamine. The defendant was directed to appear in the probation office the following day and the urine sample he provided was negative.

In June 2021, a home visit was conducted and there was a glass pipe, commonly used for smoking marijuana, in plain view on a shelf in the defendant's office. He stated it was his girlfriend's pipe. There was alcohol in his fridge, and he stated his mother brought it to his house and he has not

RE: **Billy James Hammett**                                    Docket Number: 0972 2:13CR00011-01

gotten rid of it yet. The defendant submitted an oral tox test which was positive for methamphetamine and admitted using and signed the admission form. He indicated the state charges should be dismissed and he broke up with his girlfriend. He was questioned why he no longer had a television and he stated he was fighting with his girlfriend and it broke. Hammett relayed his breakup was very painful and he does not process his emotions very well. He agreed to begin formal testing, start substance abuse treatment, and look at participating in Reentry Court.

On August 3, 2021, the defendant submitted a positive test for amphetamine. When contacted about this test, he admitted to "using here and there". He stated he did not have a problem and did not believe the Court needed to be involved in the matter. Considering the pending state charges and two positive tests for controlled substances, it is felt Court intervention is warranted at this time.

**Detention:** Probation will continue to seek release to allow the defendant to work and attend treatment in the community as long as he no longer uses controlled substances. I am requesting an admit/deny hearing a couple of months out to review his status. If Hammett incurs new law violations or additional positive tests, I will be seeking detention and revocation at that time.

**I declare under penalty of perjury that the following is true and correct.**

**EXECUTED ON:**    **August 30, 2021**
                    **Roseville, California**

Respectfully submitted,

*Rebecca A. Fidelman* (signature)

**Rebecca A. Fidelman**
**Senior United States Probation Officer**
Telephone: (916) 786-2861

**DATED:**   8/30/2021

Reviewed by,

*Michael K. McFarland* (signature)

**Michael K. McFarland**
**Supervising United States Probation Officer**

RE: **Billy James Hammett**　　　　　　　　　　Docket Number: 0972 2:13CR00011-01

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☐ The issuance of a warrant.

☒ The issuance of a summons. **To appear before the Magistrate Judge on Monday, September 13, 2021 at 2:00 p.m.**

☐ Other:

**FURTHER PROCEEDINGS REGARDING CUSTODY:**

☐ Defendant is ordered detained, to be brought before District Judge forthwith.

☒ Initial appearance and detention hearing before Magistrate Judge.

**DATED:** August 30, 2021　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　**THE HONORABLE JOHN A. MENDEZ**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**

CC:
United States Probation
Assistant United States Attorney: To be assigned
Assistant Federal Defender: To be assigned

RE: **Billy James Hammett**                              Docket Number: 0972 2:13CR00011-01

# STATEMENT OF EVIDENCE OF ALLEGED
# SUPERVISED RELEASE VIOLATIONS

Honorable John A. Mendez  
Senior United States District Judge  
Sacramento, California

                                            **RE:**    **Hammett, Billy James**  
                                                           **Docket Number: 0972 2:13CR00011-01**

Your Honor:

In addition to a copy of the **Acknowledgment of Conditions of Probation or Supervised Release and Receipt of Criminal Judgment and Judgment and Commitment Order,** the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named releasee is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Person Under Supervision.

**Charge 1:**     **UNLAWFUL USE OF A CONTROLLED SUBSTANCE**

    a. **Evidence:**

        i. Admissions form signed by Mr. Hammett on June 16, 2021.

    b. **Witnesses:**

        i. Senior U.S. Probation Officer Rebecca A. Fidelman will testify Mr. Hammett admitted use of methamphetamine and signed the admission form of his own free will.

**Charge 2:**     **UNLAWFUL USE OF A CONTROLLED SUBSTANCE**

    a. **Evidence:**

        i. Positive urinalysis report from Sharper Future.

    b. **Witnesses:**

        i. Staff from Sharper Future will testify Hammett submitted a positive urine sample for amphetamine on August 3, 2021.

RE: **Billy James Hammett**　　　　　　　　　**Docket Number: 0972 2:13CR00011-01**

Respectfully submitted,

*(signature)*

**Rebecca A. Fidelman**
**Senior United States Probation Officer**
Telephone: (916) 786-2861

**DATED:**　8/30/2021
　　　　　　Roseville, California

Reviewed by,

*(signature)*

**Michael K. McFarland**
**Supervising United States Probation Officer**

PROB 12C
(Rev. 06/21)

RE: **Billy James Hammett**                                    **Docket Number: 0972 2:13CR00011-01**

# REVOCATION GUIDE – SUPERVISED RELEASE

**Name of Person Under Supervision:** Billy James Hammett         **Docket Number:** 0972 2:13CR00011-01

**Date of Original Offense:** April 18, 2011

**Original term of supervised release imposed:** 3 years

**Highest grade of violation alleged:** C

**Criminal History Category of person under supervision:** V

**Original guideline range:** 70 to 87 months

**Chapter 7 range of imprisonment:** 7 to 13 months

**Maximum term on revocation - 18 USC 3583(e)(3):** (*choose one below*)

☐   **Class A felony - 5 years (or stat max of** Click here to enter text. **years if longer)**
☐   **Class B felony - 3 years**
☒   **Class C and/or D felony - 2 years**
☐   **Class E felony and misdemeanors - 1 year**

**Violation requires mandatory revocation:  YES: ☐   NO: ☒**

**<u>Original offense committed on or after 04/30/2003</u>**:  Court may sentence up to the statutory maximum term of supervised release applicable to the original offense of conviction, but not exceed the maximum for the classes of offenses noted above.  There is no adjustment for prison time imposed for any previous revocation of the term of supervised release. The Court must consider but is not bound by Chapter 7 ranges.  Upon revocation, the Court may re-impose supervised release; however, the term is limited to the statutory maximum authorized under Title 18 USC 3583(e)(3) for the original offense of conviction, less the current term of imprisonment imposed upon revocation, and all prior terms of imprisonment imposed upon previous revocations.