HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Hammett

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BILLY JAMES HAMMETT,<br><br>Defendant. | Case No. 2:13-cr-00011-JAM-1<br><br>Date:  February 13, 2024<br>Time:  9:00 a.m.<br>Judge: Hon. John A. Mendez |

## I.

## **STIPULATION**

1. The Court previously set this matter for a dispositional hearing to be held on February 13, 2024.

2. Mr. Hammett requests that the Court continue the hearing to the **March 12, 2024, at 9:00 a.m.**, so that he may be adequately prepared.

3. The government does not object to Mr. Hammett's request.

4. United States Probation is available on the requested date.

IT IS SO STIPULATED.

//
//
//
//
//

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: February 7, 2024 | /s/ Hootan Baigmohammadi<br>HOOTAN BAIGMOHAMMADI<br>Assistant Federal Defender<br>Attorneys for Defendant<br>Mr. Hammett |
| Date: February 7, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ Denise N. Yasinow<br>DENISE N. YASINOW<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: February 07, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE