HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Hammett

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> BILLY JAMES HAMMETT, <br><br> Defendant. | Case No.  2:13-cr-00011-JAM-1 <br><br> **STIPULATION TO ADVANCE THE DISPOSITIONAL HEARING; FINDINGS AND ORDER** <br><br> Date:   March 12, 2024 <br> Time:  9:00 a.m. <br> Judge: Hon. John A. Mendez |

## I.

## **STIPULATION**

1. The Court previously set this matter for a dispositional hearing to be held on March 12, 2024.

2. Mr. Hammett requests that the Court advance the hearing to **February 27, 2024 at 9:00 a.m.**

3. The government does not object to Mr. Hammett's request.

4. United States Probation is available on the requested date.

IT IS SO STIPULATED.

//

//

//

//

//

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: February 15, 2024 | */s/ Hootan Baigmohammadi*<br>HOOTAN BAIGMOHAMMADI<br>Assistant Federal Defender<br>Attorneys for Defendant<br>Mr. Hammett |
| Date: February 15, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
|  | */s/ Denise N. Yasinow*<br>DENISE N. YASINOW<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order. Judgment and Sentencing on TSR Violation is hereby **ADVANCED** to **02/27/2024, at 9:00 a.m.,** in person, in Courtroom 6, before Senior District Judge John A Mendez.

IT IS SO ORDERED.

Dated: February 15, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE